PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:11CR00160 |
| ) | |
| ROXANE POSADA ) | |
| ) | |

On May 5, 2011, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. On October 4, 2012, Assistant United States Attorney Brian Enos submitted written documentation to the United States Probation Office advising that there is no objection to an early termination of probation in this case. It is accordingly recommended that she be discharged from supervision.

                                                Respectfully submitted,

                                                /s/ Leighann L. Milford

                                              **Leighann L. Milford**
                                        **Senior United States Probation Officer**

Dated:       October 10, 2012
               Fresno, California
               LLM/jse

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                             **HUBERT J. ALVAREZ**
                             **Supervising United States Probation Officer**

Re: **POSADA, Roxane**
    **Docket Number: 1:11CR00160**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 15 October 2012 | /s/ *Dennis L. Beck* |
| **Date** | **Dennis L. Beck** |
| | **United States Magistrate Judge** |

Attachment: Recommendation
cc: United States Attorney's Office
    FLU Unit, AUSA's Office
    Fiscal Clerk, Clerk's Office